UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TO: All Attorneys of Record Appearing in a Case Designated for Enrollment in the Electronic Case Files System (including Attorneys in *pro se* cases)

## STANDING ORDER[1] DESIGNATING CASE FOR ENROLLMENT IN THE ELECTRONIC CASE FILES "ECF" SYSTEM

The court has determined that this case will be enrolled in the Electronic Case Files ("ECF") system as an ECF case. Therefore, it is **ORDERED** that all counsel of record *must register* as an ECF user **within ten days of the date of notice of this order**, if they have not already done so. Only licensed attorneys may submit documents for electronic filing, so a *pro se* party (including a prisoner) will not be permitted to register as an ECF user or submit documents electronically. To register, counsel must:

1. Review Miscellaneous Order Number 61;

2. Review the ECF Administrative Procedures Manual;

3. Complete the online attorney tutorial for ECF training;

4. Review the ECF User Guide;

5. Complete the ECF Attorney/User Registration Form and forward it to the Clerk's Office; and

6. Ensure that any attorney granted *Pro Hac Vice* admission as co-counsel in this case **also registers as an ECF user**.

---

[1] Upon opening a new case, the clerk shall enter this **Standing Order**. If the plaintiff or petitioner in a civil action is proceeding *pro se*, the clerk shall not distribute this order unless there is an order for process to issue. If process is ordered to issue, the clerk is directed at that time to send a copy of this order to the defendant or respondent with the service of the summons or show cause order.

**PLEASE NOTE**: The designation of this case as an ECF case and the accompanying requirements are **mandatory**. Any request seeking leave to be excluded from this designation must be in the form of a written motion and is subject to a hearing.

### DUTY OF INITIATING PARTY TO SERVE ECF DESIGNATION ORDER UPON OPPOSING PARTY

It is further **ORDERED** that in a civil ECF case the party initiating the action in this court shall serve a copy of this order on the opposing party(ies) with service of process or within five days of receipt of this order, whichever is later. If an additional party is joined in a civil ECF case at a later date, the party joining the additional party is **ORDERED** to serve a copy of this order on the additional party within five days of when the additional party is joined.

In a criminal ECF case it is **ORDERED** that the government serve a copy of this order on defendant's counsel when defendant's counsel makes an appearance in the case on behalf of the defendant.

### ELECTRONIC CASE FILES REQUIREMENTS

After an attorney is registered as an ECF user, the attorney shall submit all documents for filing in this case using the ECF system. In doing so, counsel must observe the following directives:

1. **GOVERNING DOCUMENTS:** The case will be governed by Miscellaneous Order Number 61, the ECF Administrative Procedures Manual, and the ECF User Guide.

2. **SERVICE OF DOCUMENTS UPON NON-ECF USERS:** Service of documents upon non-ECF users (including *pro se* litigants) must be effected on paper in a manner authorized by Federal Rule of Civil Procedure 5.

3. **JUDGE'S COPIES** (*i.e.*, "paper copies" of filings in ECF cases):

   Copies of electronically filed appendices or any document over 25 pages in length must be provided to the judge. Each copy must be marked "Judge's Copy," on the first page

and must have a copy of the Notice of Electronic Filing[2] for that document affixed as the last page. The copy must be placed in the mail to the Court on or before the next day after filing or must be hand delivered to the Court within three (3) days of the filing of the original document. The Court, in its discretion, may not begin its consideration of the document until it has received the required copy. The burden is on any party seeking immediate relief to immediately furnish a copy to the Court. Furthermore, failure to follow the copy requirements of the presiding judge may result in the document being unfiled. Hand deliveries must be made to the clerk's office at 205 E. 5th Avenue, Room 133, Amarillo, Texas 79101, must be enclosed in a sealed envelope that bears the name of the judge to whom the copy is directed, and must identify itself as a "Copy." **PLEASE NOTE:** If this case or any portion of this case is referred to a U.S. Magistrate Judge, the U.S. Magistrate Judge may enter an order with additional specific requirements. Please see the Magistrate Judge's order for details.

4. **AMENDED PLEADINGS:** A party who moves for leave to file an amended pleading must attach the proposed amended pleading as an exhibit to the motion for leave. If the motion for leave is granted, the moving party shall submit the amended pleading for filing within three days after leave <u>is **granted**</u>, unless otherwise ordered by the court. (This is a modification to LR 15.1.).

5. **PRIVACY POLICY: Counsel must ensure that all documents filed with the court strictly comply with the privacy policy of the U.S. District Court for the Northern District of Texas. The privacy policy restricts the use and manner of use of certain types of information, including: social security numbers, tax identification numbers, minors' names, birth dates, financial account numbers, medical records,**

---

[2] A link to the Notice of Electronic Filing and the electronically filed document will be automatically e-mailed to the filer upon the completion of the electronic filing procedure.

employment histories, proprietary or trade secret information, crime victim information, national security information, sensitive security information as described in 49 U.S.C. § 114(s), and information regarding an individual's cooperation with the government. The complete policy may be found at http://www.txnd.uscourts.gov/pdf/TXNprivnot.pdf.

6. **QUESTIONS:** ECF questions should be directed to the ECF Help Desk at (806) 468-3805 or 1-800-596-9414.[3]

IT IS SO ORDERED this 27th day of July, 2007.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

---

[3] Each attorney who is registered as an ECF user is able to submit a document for filing with the court over the Internet at any time from any location. For more information on the benefits of using the ECF system, visit the U.S. Courts' Internet website at http://www.uscourts.gov/cmecf/cmecf.html and click on "Video: The Attorneys' Perspective." Information regarding the operation of the ECF system in the Northern District of Texas is available on the website for the U.S. Courts for the Northern District of Texas at: http://www.txnd.uscourts.gov/filing/ecf.html.