IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
     DEC 1 0 2007
CLERK, U.S. DISTRICT COURT
By _____
                  Deputy
```

| | | |
|---|---|---|
| KIRK D. JENKINS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § § § § | NO. 2:07-CV-263-J |
| Defendant. | § § § § § | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

The Court will conduct an evidentiary hearing on Plaintiff's request for a preliminary injunction on **Wednesday, December 12, 2007**, beginning at **9:00 a.m.** in the second floor courtroom of the federal courthouse located at 205 E. Fifth Ave. in Amarillo, Texas.

It is SO ORDERED.

Signed this the ___10th___ day of December, 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE