UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

KIRK D. JENKINS

     Plaintiff,

v.                                                                    Civil Action No. <u>2:07CV-263-J</u>

NATIONAL BOARD OF MEDICAL
EXAMINERS,

Defendant.

## <u>PLAINTIFF'S TRIAL BRIEF ON ADMISSIBILITY OF AFFIDAVITS</u>

**To the Honorable United States District Court Judge Mary Lou Robinson:**

Kirk D. Jenkins ("Jenkins"), Plaintiff herein, files this Trial Brief on the Admissibility of

Affidavits and shows the Court the following:

### Introduction

The affidavits offered by the plaintiff as evidence in conjunction with this preliminary

injunction hearing are admissible at this stage of the proceedings and should be considered by

the Court.

### Authorities

It is well settled that hearsay evidence, including affidavits are admissible at a

preliminary injunction hearing. *Sierra Club, Lone Star Chapter v. FDIC*, 992 F.2d 545, 551 (5th

Cir. 1993); *Healthpoint, Ltd. v. Stratus Pharmaceuticals, Inc.,* 273 F.Supp.2d 769, 777 (W.D.

Tex. 2001) (stating "[e]vidence at a hearing on a preliminary injunction need not be 'testimonial'

and affidavits can be considered by the Court"). In *Sierra Club*, the Court stated,

> [A]t the preliminary injunction stage, the procedures in the district court are less
>
> formal, and the district court may rely on otherwise inadmissible evidence,

including hearsay evidence.  Thus, the district court can accept evidence in the

form of deposition transcripts and affidavits.

992 F.2d at 551 (citations omitted).   Therefore, the affidavits submitted by the plaintiff are

properly before the court and should be considered in conjunction with the plaintiff's request for

a preliminary injunction, or in the alternative, for temporary restraining order.

Respectfully submitted,

Vincent E. Nowak, SBOT# 15121550
MULLIN HOARD & BROWN, LLP
500 S. Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas  79120-1656
806.372.5050
806.371.6230 (Fax)

/s/      Vincent E. Nowak                              .
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading was

served on Defendant on this 11th day of December, 2007 by facsimile transmission as follows:

**Via Facsimile 215.590.9422**

Catherine Farmer
Manager, Disability Services
National Board of Medical Examiners
3570 Market Street
Philadelphia, PA  19104-3190
Amarillo, Texas 79101

/s/      Vincent E. Nowak                        .